In the Matter of the Appointment of a Committee of the Person and Property of M. EDWARD HERMAN, an Alleged Incompetent. M. EDWARD HERMAN et al., Appellants; HELEN HERMAN, as Committee of the Person and Property of M. EDWARD HERMAN, an Alleged Incompetent, et al., Respondents.

Submitted November 30, 1953; decided December 3, 1953.

Motion to amend remittitur denied, with $10 costs. [See 306 N. Y. 566.]